UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ASKAR NAGIYEV,
Petitioner,
v.
WARDEN, OTAY MESA DETENTION CENTER, et al.,
Respondents.

Case No.: 26-CV-6179 JLS (MMP)

**ORDER DENYING PETITION**

(ECF No. 1)

Presently before the Court is Petitioner Askar Nagiyev's Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Pet.," ECF No. 1).

This is Petitioner's fourth petition. The Court, in Petitioner's first habeas petition, ordered a bond hearing under 8 U.S.C § 1225(b) based on prolonged detention. *See Nagiyev v. Noem*, 25-CV-3744-JLS-MMP, ECF No. 13, at 5 (S.D. Cal. Jan. 26, 2026). Petitioner was given a bond hearing, which was denied based on flight risk. *Id.*, ECF No. 17. Petitioner then challenged the sufficiency of the bond hearing on constitutional grounds. *Id.* The Court denied the challenge, declining to waive the exhaustion requirement and concluding that the hearing did not violate due process. *Id.*, ECF No. 22. The Court denied two subsequent petitions, finding no new grounds for relief or evidence

of changed circumstances. *See Nagiyev v. Warden*, No. 26-CV-2021-JLS-GC, ECF No. 14; *Nagiyev v. Warden*, 26-CV-4440 JLS (DEB), ECF No. 14.

Here, Petitioner alleges that guards and other detainees insult, humiliate, embarrass, and discriminate against him. *See* Pet. at 3, 7. However, the Court lacks habeas jurisdiction over a petition solely challenging the conditions of confinement. *Pinson v. Carvajal*, 69 F.4th 1059, 1075 (9th Cir. 2023); *Rana v. Warden*, No. 26-CV-4873 RSH (AHG), 2026 WL 2692178, at *2 (S.D. Cal. Sept. 14, 2026); *cf. Doe v. LaRose*, No. 26-CV-4552 RFL, 2026 WL 2415261, at *8 (S.D. Cal. Aug. 18, 2026) (allowing a claim that challenges prolonged detention); *Mardian v. Mayorkas*, No. 25-CV-3467 JLS (MMP), at *2 n.1 (S.D. Cal. Jan. 13, 2026) (same). Therefore, the Petition is **DENIED**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge